IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STN PROPERTIES, LTD, §<br>    *Plaintiff* §<br> §<br>v. §<br> §<br>FAIR WINDS 2401, LLC AND KAY B. §<br>JACKSON, TRUSTEE OF THE KAY B. §<br>JACKSON TRUST, §<br>    *Defendants* § | CIVIL ACTION NO. 1:24−CV−00116 |

**PLAINTIFF'S FIRST AMENDED COMPLAINT AND JURY DEMAND**

Plaintiff STN Properties, Ltd. ("Plaintiff"), files this First Amended Complaint and Jury Demand, complaining of Defendants Fair Winds 2401, LLC ("Fair Winds") and Kay B. Jackson, as Trustee of the Kay B. Jackson Family Trust (collectively, "Defendants") and in support would respectfully show the following:

## I.   VENUE AND JURISDICTION

1. Jurisdiction and Venue are proper in this Court pursuant to 28 U.S.C. § 1332(a)(1) because the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states.

2. Venue is proper under 28 U.S.C. § 1391(b)(2) because it is the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. Further, this action was originally filed in and removed from Texas District Court in Cameron County, Texas, which is located within the territorial jurisdiction of this Court.

## II.   PARTIES

3. Plaintiff STN Properties, Ltd. is a Texas limited partnership.

4. Fair Winds 2401, LLC is a domestic limited liability company. Fair Winds has already made an appearance in this proceeding and may be served through counsel of record.

5.      Kay B. Jackson, as Trustee of the Kay B. Jackson Family Trust, is the Managing Member of Fair Winds 2401, LLC. Kay B. Jackson has already made an appearance in this proceeding and may be served through counsel of record.

### III.    FACTS

6.      In December 2023, the property located at 402 Padre Boulevard, Saida Towers II, Unit 301 BLDG A, South Padre Island, Texas 78597 (the "Property"), owned by Plaintiff, experienced significant flooding. The flooding was caused by a leak from the toilet in the unit above the Property located at 402 Padre Boulevard, Saida Towers II, Unit 401 BLDG A, South Padre Island, Texas 78597 ("Unit 401"). The flooding caused extensive damage to the Property. So much so that the Property must be completely renovated. Moreover, despite being notified of the leaky toilet in Unit 401, Plaintiff's Property experienced flooding again in May 2024 caused by Unit 401's leaking toilet. Unit 401 is owned by Fair Winds.

7.      Fair Winds purchased Unit 401 subject to a certain Declaration for Establishment of Condominium Regime for Saida Towers II South Padre Island, Texas ("Declaration"). A copy of the Declaration is attached as **Exhibit A**.

8.      Among other things, the Declaration provides that:

> The responsibility of the apartment owner shall be as follows: (i) To maintain, repair, and replace at his expense all portions of his apartment . . . such shall be done without disturbing the rights of other apartment owners.

(See **Ex. A**, at §§ 4.1, 4.1(2)(i)).

### IV.    CAUSES OF ACTION

9.      Each of the preceding paragraphs is alleged in specific reference to each of the following causes of action:

10. **<u>Negligence.</u>** Defendants failed to exercise reasonable care in the repair or maintenance of Unit 401, proximately causing Plaintiff damages. Defendants negligently failed to properly monitor, direct, supervise, inspect, and verify the repair or maintenance of Unit 401.

11. **<u>Breach of Declaration.</u>** Defendants breached the Declaration by failing to maintain, repair, and replace all portions of Unit 401 as required by the Declaration. As a direct result of Defendants' breach, Plaintiff has been harmed as detailed in this pleading, including via the extensive damage to the Property. Plaintiff now brings this action for breach of the Declaration and seeks recovery of all damages incurred as a result of Defendants' breach. Plaintiff brings this action (1) pursuant to ordinary breach of contract principles; and (2) pursuant to Texas Property Code § 82.161 of the Texas Condominium Act, as Defendants violated the Declaration, and Plaintiff has been adversely affected by such violation.

## V.     LIABILITY UNDER TAX CODE §§ 171.252, 171.255

12. Fair Winds forfeited its entity's charter on or about June 24, 2022. As such, its managing member, Kay B. Jackson, as Trustee of the Kay B. Jackson Family Trust, is liable for Fair Wind's debts created or incurred after the date for forfeiture.

## VI.     CONDITIONS PRECEDENT

13. Plaintiff would show that all conditions precedent have been performed or waived.

## VII.     ATTORNEY'S FEES AND COSTS

14. Plaintiff seeks to recover all of its court costs, expenses, and reasonable and necessary attorneys' fees incurred in prosecuting this cause under any applicable law or rule allowing for such recovery. Specifically, Plaintiff seeks recovery of its reasonable and necessary attorneys' fees pursuant to Chapter 38 of the Texas Civil Practices and Remedies Code and pursuant to § 5.006 of the Texas Property Code.

## VIII. JURY DEMAND

15. Plaintiff demands a trial by jury.

## IX.  PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that Defendants be cited to appear and answer herein and that upon a final hearing of this case, judgment be entered for Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court, together with prejudgment interest at the maximum rate allowed by law, hyphenated interest at the legal rate, costs of court, attorney's fees, and such other and further relief to which Plaintiff may be entitled at law or in equity.

Respectfully submitted,

SNELL LAW

BY:   */s/ Jason W. Snell*
Jason W. Snell
Bar No. 24013540
Matthew L. Kirby
Bar. No. 24099864
404 W. 13th Street
Austin, Texas 78701
(512) 477-5291 – Telephone
(512) 477-5294 – Facsimile
firm@snellfirm.com – Email

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2024, I caused a true and correct copy of the foregoing document to be served on all counsel of record via Electronic Case Filing (ECF) pursuant to Local Rule CV-5.

*/s/ Jason W. Snell*

Jason W. Snell