IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **STN PROPERTIES, LTD,**  *Plaintiff* | § § § |
| v. | § § CIVIL ACTION NO. 1:24−CV−00116 |
| **FAIR WINDS 2401, LLC AND KAY B. JACKSON, TRUSTEE OF THE KAY B. JACKSON TRUST,**  *Defendants* | § § § § § |

**JOINT MOTION FOR APPROVAL OF RULE 29 STIPULATION
REGARDING EXPERT DESIGNATION DEADLINES**

COMES NOW Plaintiff STN Properties, Ltd. ("Plaintiff") and Defendants Fair Winds 2401, LLC and Kay B. Jackson, Trustee of the Kay B. Jackson Trust ("Defendants") (collectively the "Parties") and files this Joint Motion for Approval of the Parties' FRCP Rule 29 Stipulation Regarding Expert Designation Deadlines, and would respectfully show the Court as follows:

### I. INTRODUCTION

1. Plaintiff and Defendants jointly seek the Court's approval of their Rule 29 Stipulation to briefly continue the expert designation deadlines. Attached hereto as Exhibit A is the Parties' proposed Rule 29 Stipulation.

### II. FACTUAL BACKGROUND

2. This case arises out of damage caused to Plaintiff's real property located at 402 Padre Boulevard, Saida Towers II, Unit 301 Bldg. A, South Padre Island, Texas 78597 (the "Property") by Defendants Fair Winds 2401, LLC and Kay B. Jackson, Trustee of The Kay B. Jackson Trust's (collectively, "Defendants") leaking toilet.

3.  On May 23, 2024, Plaintiff filed suit against Defendants in the District Court of Cameron County, Texas, seeking payment for cost to repair the Property. On August 2, 2024, Defendants filed their Notice of Removal of Suit to Federal Court.

4.  On January 9, 2025, this Honorable Court entered the governing Scheduling Order which set a jury trial in this matter beginning February 17, 2026. Pursuant to this Order, Plaintiff's expert designation deadline was March 10, 2025, and Defendants' deadline is May 9, 2025.

### III.  REQUEST FOR APPROVAL OF RULE 29 STIPULATION

5.  On or about March 4, 2025, the Parties executed a written Rule 29 Stipulation to extend the Parties' expert designation and production of expert reports deadlines to May 9, 2025, and July 9, 2025, respectively. Good cause exists for this extension because the Parties intend to participate in mediation before incurring the costs of designating experts and producing expert reports. The mediation is scheduled for April 16, 2025.

6.  The Parties agreed that the above extensions would not interfere with the time set for completing discovery, for hearing motions, or for trial. F.R.C.P. 29(b). If this Stipulation is approved, the Parties will still have two months following the Defendant's expert designation deadline to complete any depositions, as needed, prior to the discovery completion deadline of September 8, 2025.

### IV.  CONCLUSION & PRAYER

WHEREFORE, Plaintiff STN Properties, Ltd. and Defendants Fair Winds 2401, LLC and Kay B. Jackson, Trustee of the Kay B. Jackson Trust, respectfully request that the Court enter the accompanying Proposed Order Approving the Parties Rule 29 Stipulation Regarding Expert Designation Deadlines.

Respectfully submitted,

SNELL LAW

BY:     /s/ Jason W. Snell
            Jason W. Snell
            Bar No. 24013540
            Emily R. Casey
            Bar. No. 24121431
            404 W. 13th Street
            Austin, Texas 78701
            (512) 477-5291 – Telephone
            (512) 477-5294 – Facsimile
            firm@snellfirm.com – Email

ATTORNEYS FOR PLAINTIFF

AND

WOOD, SMITH, HENNING & BERMAN, LLP

BY:     /s/ Roy E. Lambert (with permission)
            Maxwell S. Bayman
            State Bar No. 24088774
            mbayman@wshblaw.com
            Roy E. Lambert
            State Bar No. 24128116
            rlambert@wshblaw.com
            1230 Peachtree Street NE, Suite 2350
            Atlanta, Georgia 30309
            and
            14860 Landmark Boulevard, Suite 120
            Dallas, Texas 75254
            Telephone: (470)-552-1146

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for Defendants about the Parties' Joint Motion for Approval of Rule 29 Stipulation via email on March 11, 2025. Counsel for Defendants agrees with this Motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2025, I caused a true and correct copy of the foregoing document to be served on all counsel of record via Electronic Case Filing (ECF) pursuant to Local Rule CV-5.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jason W. Snell*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jason W. Snell