United States District Court
Southern District of Texas
**ENTERED**
May 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STN PROPERTIES, LTD, | § | |
| "Plaintiff," | § | |
| | § | |
| v. | § | Civil No. 1:24-cv-00116 |
| | § | |
| FAIR WINDS 2401, LLC AND KAY B. | § | |
| JACKSON, TRUSTEE OF THE KAY B. | § | |
| JACKSON TRUST, | § | |
| "Defendants." | § | |

## ORDER

Before the Court is the "Joint Stipulation of Dismissal with Prejudice" (Dkt. No. 23). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendants are **DISMISSED with prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is hereby **ORDERED** to close this case.

Signed on  May 20, 2025.

_____
Rolando Olvera
United States District Judge